IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00275-CKD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS WITHOUT PREJUDICE |
| ) | AND VACATE BENCH TRIAL |
| v. ) | |
| ) | DATE: October 14, 2021 |
| HOWARD A. JONES, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Without Prejudice Case Number 2:21-po-00275-CKD is GRANTED.

It is further ordered that the bench trial scheduled on October 14, 2021, is vacated.

IT IS SO ORDERED.

Dated: October 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE